*E-Filed*:  1/18/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL A. DESANTIS and RICHARD J. DESANTIS<br><br>Plaintiffs,<br><br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES; UNITED STATES OF AMERICA<br><br>Defendants. | No. C-07-03564 RMW<br><br>ORDER OF SERVICE |

This case arises from a dispute over Medicare coverage.  The United States rejected service of the summons and complaint in a letter to the plaintiffs because the plaintiffs attempted to serve the defendants by certified mail themselves.  *See* Docket No. 8, Letter of Richard J. DeSantis (Dec. 28, 2007); *see also* Docket Nos. 5-7 (executed summonses filed by plaintiffs).  To minimize confusion and ensure the efficient administration of this case, the court orders the clerk to reproduce plaintiffs' attempted service.

The clerk of the court shall issue summons and the United States Marshal shall serve a copy of the complaint in this matter, all attachments thereto, and a copy of this order upon: the Secretary of Health and Human Services (General Counsel; Department of Health and Human Services; 200 Independence Avenue, S.W.; Washington, DC 20201) and the United States (United States Attorney General; U.S. Department of Justice; 950 Pennsylvania Avenue, NW; Washington, DC 20530-0001

ORDER OF SERVICE—C-07-03564 RMW
TSF

1  and Civil Process Clerk; United States Attorney; Northern District San Jose Division; 150 Almaden
2  Blvd., Suite 900; San Jose, CA 95113).

4  DATED:   1/7/08

   /s/ Ronald M. Whyte
   RONALD M. WHYTE
   United States District Judge

1 **Notice of this document has been mailed to:**

2 **Counsel for Plaintiff:**

3 Michael A. Desantis
625 Mindy Way
4 San Jose, CA 95123
PRO SE

5

Richard J. Desantis
6 5924 Liska Lane
San Jose, CA 95119
7 PRO SE

8
**Counsel for Defendants:**
9
(No appearance)
10

11

Counsel are responsible for distributing copies of this document to co-counsel that have not
12 registered for e-filing under the court's CM/ECF program.

13

14 **Dated:**    **1/18/2008**                           TSF
                                                **Chambers of Judge Whyte**