1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4
5      150 Almaden Blvd., Suite 900
       San Jose, California 95113
       Telephone: (408) 535-5082
6      FAX: (408) 535-5081
       Claire.Cormier@usdoj.gov
7                                                  *E-FILED - 6/11/08*
   Attorneys for Defendant
8  Secretary of U. S. Dept. of
   Health and Human Services
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13 MICHAEL A. DESANTIS, an individual;    ) Case No. C 07-03564 RMW (HRL)
   and RICHARD J. DESANTIS, an            )
14 individual                             )
                                          ) **STIPULATION AND [~~XXXXXXXX~~PROPOSED]**
15          Plaintiffs,                   ) **ORDER RE BRIEFING SCHEDULE**
                                          ) **FOR MOTION TO DISMISS**
16      v.                                )
                                          )
17 SECRETARY OF THE U.S.                  )
   DEPARTMENT OF HEALTH AND               )
18 HUMAN SERVICES                         )
                                          )
19          Defendant.                    )
                                          )
20

21      The parties to this action are currently attempting to determine whether it may be

22 appropriate to seek a stay of this action. Accordingly, the parties HEREBY STIPULATE AND

23 REQUEST that the deadline for plaintiffs to file an opposition to defendant's pending motion to

24 dismiss be continued to July 11, 2008. The due date for defendant's optional reply would be

25 continued to July 25, 2008. The Court previously continued the hearing on this motion to July

26 25, 2008. The parties request that the Court vacate that hearing date.

27

28      Should the parties or any of them determine that they believe a stay is appropriate, they

1  will file a further stipulation or motion seeking an order staying the case.

2

3  DATED: May 27, 2008                    Respectfully submitted,

4                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
5
                                           /s/ Claire T. Cormier
6                                          _____
                                           CLAIRE T. CORMIER
7                                          Assistant United States Attorney

8

9
   DATED: May ____, 2008                   _____
10                                         MICHAEL A. DESANTIS, Plaintiff

11

12 DATED: May ____, 2008                   _____
                                           RICHARD J. DESANTIS, Plaintiff
13

14

15                                 **[] ORDER**

16      Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY

17 ORDERED that plaintiffs shall have to and including July 11, 2008 to file an opposition to

18 defendant's pending motion to dismiss.  Defendant's optional reply shall be due on or before

19 July 25, 2008.  The currently scheduled hearing date of July 25, 2008 is hereby vacated.

20

21 DATED: ___6/11_____, 2008          _____
                                           RONALD M. WHYTE
22                                         UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28

will file a further stipulation or motion seeking an order staying the case.

DATED: May ____, 2008                    Respectfully submitted,

                                         JOSEPH P. RUSSONIELLO
                                         United States Attorney


                                         _____
                                         CLAIRE T. CORMIER
                                         Assistant United States Attorney


DATED: May 26, 2008                      /s/ Michael A. DeSantis
                                         MICHAEL A. DESANTIS, Plaintiff


DATED: May 26, 2008                      /s/ Richard J. DeSantis
                                         RICHARD J. DESANTIS, Plaintiff


## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that plaintiffs shall have to and including July 11, 2008 to file an opposition to defendant's pending motion to dismiss. Defendant's optional reply shall be due on or before July 25, 2008. The currently scheduled hearing date of July 25, 2008 is hereby vacated.

DATED: _____, 2008           _____
                                         RONALD M. WHYTE
                                         UNITED STATES DISTRICT COURT JUDGE

2