1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4
       150 Almaden Blvd., Suite 900
5      San Jose, California 95113
       Telephone: (408) 535-5082
6      FAX: (408) 535-5081
       Claire.Cormier@usdoj.gov
7
   Attorneys for Defendant
8  Secretary of U. S. Dept. of                    *E-FILED - 6/11/08*
   Health and Human Services
9
                   UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN JOSE DIVISION
12

13  MICHAEL A. DESANTIS, an individual;   )  Case No. C 07-03564 RMW (HRL)
    and RICHARD J. DESANTIS, an           )
14  individual                            )
                                          )  STIPULATION AND [RROPOSED]
15              Plaintiffs,               )  ORDER STAYING THE CASE AND
                                          )  CONTINUING DEADLINES RE
16       v.                               )  MOTION TO DISMISS
                                          )
17  SECRETARY OF THE U.S.                 )
    DEPARTMENT OF HEALTH AND              )
18  HUMAN SERVICES                        )
                                          )
19              Defendant.                )
                                          )
20

21       For the reasons described below, the parties to this action HEREBY STIPULATE AND

22  REQUEST that this case be stayed for six months and that the deadlines for further briefing

23  related to defendant's motion to dismiss be similarly extended.

24       The parties recently submitted a stipulation and proposed order continuing the briefing

25  deadlines for defendant's motion to dismiss. The parties advised the Court that they were

26  attempting to determine whether or not a stay of the case was appropriate. Because, after the

27  filing of the District Court complaint in this action, plaintiffs were notified of the denial of a

28  hearing in their administrative case, and plaintiffs requested administrative review by the

1 Medicare Appeals Council ("MAC"), the parties believe that it is appropriate to stay this case
2 pending a decision by the MAC on the pending administrative review.
3 Accordingly, the parties request that this case be stayed for six months to allow time for
4 the review by the MAC. If the review is completed significantly earlier than that, the parties
5 will advise the Court. If the review is not yet complete in six months, the parties will either seek
6 a further stay or will seek other relief from the Court.

7 DATED: June 3, 2008    Respectfully submitted,

8                                   JOSEPH P. RUSSONIELLO
                                  United States Attorney

10
11                                 CLAIRE T. CORMIER
                                Assistant United States Attorney

13
14 DATED: June 2, 2008    MICHAEL A. DESANTIS, Plaintiff

15
16 DATED: June 2, 2008    RICHARD J. DESANTIS, Plaintiff
17
18

19                             [PROPOSED] ORDER

20 Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY
21 ORDERED that this case shall be stayed for six months to allow for completion of the pending
22 administrative review process. Should that process be completed prior to December 2008, the
23 parties shall promptly so advise the Court and shall propose a briefing schedule for the
24 remaining briefing on defendant's pending motion to dismiss. Unless further relief is sought
25 and granted, plaintiff's opposition to defendant's motion to dismiss shall be due on or before
26 December 5, 2008, and defendant's optional reply shall be due on or before December 12, 2008.
27 If either party wishes to have a hearing on the motion, they shall make a request to the Court.
28 Otherwise, the motion will be deemed submitted on the papers.

IT IS SO ORDERED.

DATED: __6/11_____, 2008    _Ronald M. Whyte_____
RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE