| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | CLAIRE T. CORMIER (CSBN 154364)<br>Assistant United States Attorney |

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081
Claire.Cormier@usdoj.gov

***E-FILED - 11/24/08***

Attorneys for Defendant
Secretary of U. S. Dept. of
Health and Human Services

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MICHAEL A. DESANTIS, an individual;
and RICHARD J. DESANTIS, an individual

        Plaintiffs,

   v.

SECRETARY OF THE U.S.
DEPARTMENT OF HEALTH AND
HUMAN SERVICES

        Defendant.

Case No. C 07-03564 RMW (HRL)

**STIPULATION AND []
ORDER EXTENDING STAY AND
CONTINUING DEADLINES RE
MOTION TO DISMISS**

For the reasons described below, the parties to this action HEREBY STIPULATE AND REQUEST that the current stay of this case be extended to February 27, 2009, and that the deadlines for further briefing related to defendant's motion to dismiss be similarly extended.

On June 11, 2008, after the stipulated request of the parties, this Court stayed this case for six months and extended the deadline for plaintiffs' opposition to defendant's motion to dismiss to December 5, 2008. Plaintiff Michael DeSantis has informed defendant's counsel that plaintiffs have had to go to Webster, New York to deal with a family emergency, and that he has had a recent medical condition that has caused him to go on temporary disability. Accordingly,

plaintiffs requested this continuance of the stay.

Therefore, the parties STIPULATE AND REQUEST that the stay be continued to February 27, 2009. The parties further request that the deadline for plaintiffs' opposition to defendant's motion to dismiss be extended to March 6, 2009, and that the deadline for defendant's optional reply memorandum be extended to March 13, 2009. As with the previous order in this case, if either parties wishes to have a hearing on the motion, they shall make a request to the Court. Otherwise the motion to dismiss will be deemed submitted on the papers.

Respectfully submitted,

DATED: November 14, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Claire T. Cormier

_____
CLAIRE T. CORMIER
Assistant United States Attorney

DATED: November 14, 2008

/s/ Michael A. Desantis

_____
MICHAEL A. DESANTIS, Plaintiff

DATED: November 14, 2008

/s/ Richard J. Desantis

_____
RICHARD J. DESANTIS, Plaintiff

## [] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that this case shall remain stayed until February 27, 2009. Plaintiff's opposition to defendant's motion to dismiss shall be due on or before March 6, 2009, and defendant's optional reply shall be due on or before March 13, 2009. If either party wishes to have a hearing on the motion, they shall make a request to the Court. Otherwise, the motion will be deemed submitted on the papers.

IT IS SO ORDERED.

DATED: __11/24_____, 2008

*Ronald M. Whyte*
_____
RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE