JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    Claire.Cormier@usdoj.gov

*E-FILED - 3/6/09*

Attorneys for Defendant
Secretary of U. S. Dept. of
Health and Human Services

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL A. DESANTIS, an individual; and RICHARD J. DESANTIS, an individual<br><br>    Plaintiffs,<br><br>v.<br><br>SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES<br><br>    Defendant. | Case No. C 07-03564 RMW (HRL)<br><br>**STIPULATION AND []<br>ORDER EXTENDING STAY AND<br>CONTINUING DEADLINES RE<br>MOTION TO DISMISS** |

    For the reasons described below, the parties to this action HEREBY STIPULATE AND REQUEST that the current stay of this case be extended to August 28, 2009.

    On June 11, 2008, after the stipulated request of the parties, this Court stayed this case for six months and extended the deadline for plaintiffs' opposition to defendant's motion to dismiss to December 5, 2008. Later, plaintiff Michael DeSantis informed defendant's counsel that plaintiffs had to go to Webster, New York to deal with a family emergency, and that he had a medical condition that caused him to go on temporary disability. Accordingly, plaintiffs requested and the Court granted a continuance of the stay through February 27, 2009.

Plaintiff Michael DeSantis has recently informed defendant's counsel that he remains on medical leave. He requests a further continuance of the stay through August 28, 2009. Defendant does not object.

Therefore, the parties STIPULATE AND REQUEST that the stay be continued to August 28, 2009. The parties further request that the deadline for plaintiffs' opposition to defendant's motion to dismiss be extended to September 4, 2009, and that the deadline for defendant's reply memorandum be extended to September 11, 2009. As with the previous order in this case, if either parties wishes to have a hearing on the motion, they shall make a request to the Court. Otherwise the motion to dismiss will be deemed submitted on the papers.

Respectfully submitted,

DATED: February 26, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Claire T. Cormier
_____
CLAIRE T. CORMIER
Assistant United States Attorney

DATED: February 25, 2009

/s/ Michael A. DeSantis
_____
MICHAEL A. DESANTIS, Plaintiff

DATED: February 25, 2009

/s/ Richard J. DeSantis
_____
RICHARD J. DESANTIS, Plaintiff

## [] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that this case shall remain stayed until August 28, 2009. Plaintiffs' opposition to defendant's motion to dismiss shall be due on or before September 4, 2009, and defendant's optional reply shall be due on or before September 11, 2009. If either party wishes to have a hearing on the motion, they shall make a request to the Court. Otherwise, the motion will be deemed submitted on the papers.

IT IS SO ORDERED.

DATED: _____, 2009

_____
RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

Plaintiff Michael DeSantis has recently informed defendant's counsel that he remains on medical leave. He requests a further continuance of the stay through August 28, 2009. Defendant does not object.

Therefore, the parties STIPULATE AND REQUEST that the stay be continued to August 28, 2009. The parties further request that the deadline for plaintiffs' opposition to defendant's motion to dismiss be extended to September 4, 2009, and that the deadline for defendant's reply memorandum be extended to September 11, 2009. As with the previous order in this case, if either parties wishes to have a hearing on the motion, they shall make a request to the Court. Otherwise the motion to dismiss will be deemed submitted on the papers.

Respectfully submitted,

DATED: February ___, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

_____
CLAIRE T. CORMIER
Assistant United States Attorney

DATED: February 25, 2009

MICHAEL A. DESANTIS, Plaintiff

DATED: February 25, 2009

RICHARD J. DESANTIS, Plaintiff

xxxxxxxxxxxxx ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that this case shall remain stayed until August 28, 2009. Plaintiffs' opposition to defendant's motion to dismiss shall be due on or before September 4, 2009, and defendant's optional reply shall be due on or before September 11, 2009. If either party wishes to have a hearing on the motion, they shall make a request to the Court. Otherwise, the motion will be deemed submitted on the papers.

IT IS SO ORDERED.

DATED: ____3/6____, 2009

RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

2