| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | CLAIRE T. CORMIER (CSBN 154364)<br>Assistant United States Attorney |
| 4 | |
| 5 | 150 Almaden Blvd., Suite 900<br>San Jose, California 95113 |
| 6 | Telephone: (408) 535-5082<br>FAX: (408) 535-5081 |
| 7 | Claire.Cormier@usdoj.gov |
| 8 | Attorneys for Defendant<br>Secretary of U. S. Dept. of<br>Health and Human Services |

*E-FILED - 8/12/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MICHAEL A. DESANTIS, an individual;<br>and RICHARD J. DESANTIS, an<br>individual | ) | Case No. C 07-03564 RMW (HRL) |
| | ) | |
| Plaintiffs, | ) | **ORDER DENYING WITHOUT**<br>**PREJUDICE THE STIPULATION AND**<br>**ORDER EXTENDING STAY AND** |
| v. | ) | **CONTINUING DEADLINES RE**<br>**MOTION TO DISMISS** |
| SECRETARY OF THE U.S.<br>DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES | ) | |
| Defendant. | ) | |

For the reasons described below, the parties to this action HEREBY STIPULATE AND REQUEST that the current stay of this case be extended to March 1, 2010.

On June 11, 2008, after the stipulated request of the parties, this Court stayed this case for six months and extended the deadline for plaintiffs' opposition to defendant's motion to dismiss to December 5, 2008. Later, due to family emergencies and medical issues, plaintiffs requested and the Court granted two further continuances. The stay is currently scheduled to expire on August 28, 2009.

Plaintiff Michael DeSantis has recently requested a further continuance of the stay through March 1, 2010, due in part to recent employment issues.  Defendant does not object.

Therefore, the parties STIPULATE AND REQUEST that the stay be continued to March 1, 2010.  The parties further request that the deadline for plaintiffs' opposition to defendant's motion to dismiss be extended to March 8, 2010, and that the deadline for defendant's reply memorandum be extended to March 15, 2010.  As with the previous order in this case, if either parties wishes to have a hearing on the motion, they shall make a request to the Court.  Otherwise the motion to dismiss will be deemed submitted on the papers.

Respectfully submitted,

DATED: July 20, 2009         JOSEPH P. RUSSONIELLO
                             United States Attorney

                             /s/ Claire T. Cormier
                             _____
                             CLAIRE T. CORMIER[1]
                             Assistant United States Attorney


                             /s/ Michael A. DeSantis
DATED: July 19, 2009         _____
                             MICHAEL A. DESANTIS, Plaintiff

                             /s/ Richard J. DeSantis
DATED: July 19, 2009         _____
                             RICHARD J. DESANTIS, Plaintiff

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

2

**[] ORDER**

Absent a showing as to why this matter should be stayed further as opposed to dismissed without prejudice, the requested stay is denied without prejudice. If the parties wish a further stay, a detailed declaration showing good cause must be filed.

Date: 8/12/09



DENIED WITHOUT PREJUDICE
Judge Ronald M. Whyte