| | |
|---|---|
| 1 | LESLIE HOLMES, SBN 192608 |
| | HOGAN HOLMES & USOZ LLP |
| 2 | 333 West Santa Clara Street, Suite 800 |
| | San Jose, California 95113 |
| 3 | Telephone: (408) 292-7600 |
| 4 | Attorneys for Plaintiffs |
| | MICHAEL A. DESANTIS and |
| 5 | RICHARD J. DESANTIS |

*E-FILED - 4/15/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MICHAEL A. DESANTIS, an individual; and RICHARD J. DESANTIS, an individual, | ) ) ) ) | Case No. C 07-03564 RMW (HRL) |
| Plaintiffs | ) ) ) | STIPULATION AND [] ORDER RE FILING AMENDED COMPLAINT |
| v. | ) ) | |
| SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) ) | |
| Defendants. | ) ) | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that Plaintiffs Michael A. DeSantis and Richard J. DeSantis be allowed to file a First Amended Complaint ("FAC") in the above-captioned matter.  The FAC shall be filed within thirty (30) days or no later than April 19, 2010.  Defendant shall have thirty (30) days to answer, move or otherwise respond to the FAC.

IT IS FURTHER STIPULATED that Defendant Secretary of the U.S. Department of Health and Human Services, pending Motion to Dismiss shall be taken off calendar, without prejudice.

////

| | | |
|---|---|---|
| 1 | Dated: _____ | HOGAN HOLMES & USOZ LLP |
| 2 | | |
| 3 | | ___s/_____ |
| | | LESLIE HOLMES |
| 4 | | |
| | | Attorneys for Plaintiffs |
| 5 | | MICHAEL A. DESANTIS and RICHARD J. DESANTIS |
| 6 | | |
| 7 | | |
| 8 | Dated: _____ | JOSEPH P. RUSSONIELLO |
| | | United States Attorney |
| 9 | | |
| 10 | | ___s/_____ |
| | | CLAIRE T. CORMIER |
| 11 | | Assistant United States Attorney |

**O R D E R**

Pursuant to the terms of the stipulation and good cause appearing therefore, Plaintiffs Michael A. DeSantis and Ricard J. DeSantis shall file a First Amended Complaint no later than April 19, 2010 and the pending Motion to Dismiss filed by Defendant Secretary of the U.S. Department of Health and Human Services shall be taken off calendar, without prejudice.

IT IS SO ORDERED.

Dated: 4/15/10

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE