```
1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4
          150 Almaden Blvd., Suite 900
5         San Jose, California 95113
          Telephone: (408) 535-5082              *E-FILED - 4/15/10*
6         FAX: (408) 535-5081
          Claire.Cormier@usdoj.gov
7
   Attorneys for Defendant
8  Secretary of U. S. Dept. of
   Health and Human Services
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL A. DESANTIS, an individual; and RICHARD J. DESANTIS, an individual<br><br>            Plaintiffs,<br><br>    v.<br><br>SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES<br><br>            Defendant. | Case No. C 07-03564 RMW (HRL)<br><br>**STIPULATION AND []**<br>**ORDER CONTINUING DEADLINES RE**<br>**MOTION TO DISMISS** |

Plaintiffs Michael and Richard DeSantis have recently retained counsel for this case. A Notice of Appearance was filed on March 2, 2010. Through previous stipulations and orders, this case was stayed through March 1, 2010, and the deadlines for plaintiffs' opposition to defendant's motion to dismiss and defendant's optional reply were extended to March 8, 2010, and March 15, 2010, respectively. In order to allow reasonable time for plaintiffs' new counsel to respond to defendant's motion, and due to other scheduling issues, the parties HEREBY STIPULATE AND REQUEST that the deadline for plaintiffs' opposition to defendant's motion to dismiss be extended to March 15, 2010, and the deadline for defendant's reply memorandum

be extended to March 29, 2010.  As with the previous orders in this case, if any parties wish to have a hearing on the motion, they shall make a request to the Court.  Otherwise the motion to dismiss will be deemed submitted on the papers.

                                      Respectfully submitted,

DATED: March 2, 2010                JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                        /s/ Claire T. Cormier

                                        CLAIRE T. CORMIER[1/]
                                        Assistant United States Attorney

DATED: March 2, 2010                HOGAN HOLMES & USOZ LLP

                                        /s/ Leslie Holmes

                                        LESLIE HOLMES,
                                        Attorneys for Plaintiffs

## XXXXXXXX ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that plaintiffs' opposition to defendant's motion to dismiss shall be due on or before March 15, 2010, and defendant's optional reply shall be due on or before March 29, 2010.  If any parties wish to have a hearing on the motion, they shall make a request to the Court.  Otherwise, the motion will be deemed submitted on the papers.

IT IS SO ORDERED.

DATED: __4/15_____, 2010        *Ronald M. Whyte*
                                                      RONALD M. WHYTE
                                                      UNITED STATES DISTRICT COURT JUDGE

---

[1/] I, Claire T. Cormier, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**Stipulation and [Proposed] Order re Briefing Schedule**
**Case No. C07-03564 RMW (HRL)**        2