**E-FILED on** 9/17/2010

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL A. DESANTIS, an individual, and RICHARD J. DESANTIS, an individual<br><br>Plaintiffs,<br><br>v.<br><br>SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | No. C-07-03564 RMW<br><br>ORDER REGARDING SHOW CAUSE HEARING<br><br>**[Re Docket No. 38]** |

A hearing on the order to show cause as to why plaintiffs' matter should not be dismissed for failure to diligently prosecute was held on September 17, 2010. The parties stipulated and the court agreed that the order to show cause would be vacated if the plaintiffs' opening brief is filed by September 24, 2010.

DATED:   9/17/2010

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER REGARDING SHOW CAUSE HEARING—No. C-07-03564 RMW
JLR