| | |
|---|---|
| 1 | MELINDA HAAG (CSBN 132612)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | CLAIRE T. CORMIER (CSBN 154364)<br>Assistant United States Attorney |

    150 Almaden Blvd., Suite 900      ***E-FILED - 10/13/10***
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    Claire.Cormier@usdoj.gov

Attorneys for Defendant
Secretary of U. S. Dept. of
Health and Human Services

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL A. DESANTIS, an individual; and RICHARD J. DESANTIS, an individual<br><br>    Plaintiffs,<br><br>  v.<br><br>SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES<br><br>    Defendant. | Case No. C 07-03564 RMW (HRL)<br><br>**STIPULATION AND [~~xxxxxxxxxx~~] ORDER WITHDRAWING MOTION AND SETTING BRIEFING SCHEDULE** |

    Defendant filed the administrative record in this action in April of 2008.  Since that time, there has been additional administrative activity relating to this case.  Plaintiffs' recent motion for summary judgment was filed without the benefit of the additional administrative record.

    Accordingly, the parties to this action, through their counsel of record, HEREBY STIPULATE AND REQUEST as follows.

    Defendant will file the supplemental administrative record by October 12, 2010.

    Plaintiffs withdraw their previously filed motion for summary judgment.

    Plaintiffs will file a motion for summary judgment no later than November 15, 2010.

Defendant will file an opposition and/or cross motion no later than December 20, 2010.

Plaintiff will file a reply/opposition to cross-motion no later than January 10, 2011.

If defendant filed a cross-motion, defendant may file an optional reply no later than January 31, 2011.

The motion(s) will be deemed submitted on the papers. There will be no hearing unless the Court orders otherwise.

Respectfully submitted,

DATED: October 5, 2010

MELINDA HAAG
United States Attorney

/s/ Claire T. Cormier

_____
CLAIRE T. CORMIER[1]
Assistant United States Attorney

DATED: October 5, 2010

HOGAN HOLMES & USOZ LLP

/s/ Leslie Holmes

_____
LESLIE HOLMES,
Attorneys for Plaintiffs

xxxxxxxxxxxx **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: __10/13__, 2010

*Ronald M. Whyte*
_____
RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**Stipulation and [Proposed] Order re Briefing Schedule**
**Case No. C07-03564 RMW (HRL)**                    2