| | |
|---|---|
| 1 | MELINDA HAAG (CSBN 132612)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | CLAIRE T. CORMIER (CSBN 154364)<br>Assistant United States Attorney |

*E-FILED - 1/25/11*

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081
Claire.Cormier@usdoj.gov

Attorneys for Defendant
Secretary of U. S. Dept. of
Health and Human Services

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL A. DESANTIS, an individual; and RICHARD J. DESANTIS, an individual<br><br>        Plaintiffs,<br><br>    v.<br><br>SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES<br><br>        Defendant. | Case No. C 07-03564 RMW (HRL)<br><br>**STIPULATION AND [**xxxxxxxxx**]<br>ORDER SETTING BRIEFING<br>SCHEDULE** |

Upon stipulation of the parties, the Court ordered a briefing schedule for this case on October 13, 2010. Due in part to the size of the administrative record in this case (over 1,500 pages), defendant requested and plaintiffs have agreed to additional time for the defendant's opposition and/or cross motion, which was previously due on December 20, 2010. Accordingly, the parties hereby STIPULATE AND REQUEST that the remainder of the briefing schedule be modified as follows:

Defendant will file an opposition and/or cross motion no later than January 10, 2011.

Plaintiff will file a reply/opposition to cross-motion no later than January 31, 2011.

If defendant filed a cross-motion, defendant may file an optional reply no later than February 14, 2011.

The motion(s) will be deemed submitted on the papers. There will be no hearing unless the Court orders otherwise.

                                               Respectfully submitted,

DATED: December 17, 2010         MELINDA HAAG
                                               United States Attorney

                                             /s/ Claire T. Cormier

                                             CLAIRE T. CORMIER[1/]
                                             Assistant United States Attorney

DATED: December 17, 2010         HOGAN HOLMES & USOZ LLP

                                             /s/ Leslie Holmes

                                             LESLIE HOLMES,
                                             Attorneys for Plaintiffs

                                     |XXXXXXXXXXX  **ORDER**

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: __1/25/11_____, xxxxx      *Ronald M. Whyte*
                                              RONALD M. WHYTE
                                             UNITED STATES DISTRICT COURT JUDGE

---

[1/] I, Claire T. Cormier, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**Stipulation and [** XXXXXXX **Order re Briefing Schedule**
**Case No. C07-03564 RMW (HRL)**                2