LESLIE HOLMES, SBN 192608
HOLMES & USOZ LLP
333 West Santa Clara Street, Suite 805
San Jose, California 95113
Telephone: (408) 292-7600
Facsimile: (408) 292-7611

Attorneys for Plaintiffs
MICHAEL A. DESANTIS and
RICHARD J. DESANTIS

*E-FILED - 2/9/11*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL A. DESANTIS, an individual; And RICHARD J. DESANTIS, an individual, Plaintiffs, v. SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, Defendant. | Case No. C 07-03564 RMW (HRL) **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE** |

Upon stipulation of the parties, the Court ordered a briefing schedule for this case on October 13, 2010. Due in part to the size of the administrative record in this case (over 1,500 pages), plaintiffs requested and defendants have agreed to additional time for the plaintiffs' reply and/or opposition to cross motion, which was previously due on January 31, 2011. Accordingly, the parties hereby STIPULATE AND REQUEST that the remainder of the briefing schedule be modified as follows:

Plaintiff will file a reply/opposition to cross motion no later than February 14, 2011.

Defendant may file an optional reply no later than February 28, 2011.

The motion(s) will be deemed submitted on the papers. There will be no hearing unless the Court orders otherwise.

Respectfully submitted,

DATED: February 7, 2011

HOLMES & USOZ LLP

_____
LESLIE HOLMES,
Attorneys for Plaintiffs

DATED: Feb 7, 2011

MELINDA HAAG
United States Attorney

_____
CLAIRE T. CORMIER
Assistant United States Attorney

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: 2/9/11 ,

_____
RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE