1

2

3

4                                              **E-FILED on**    1/23/13

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12   MICHAEL A. DESANTIS, an individual; and      No. C-07-03564 RMW
     RICHARD J. DESANTIS, an individual,
13                                                JUDGMENT REMANDING CASE
                   Plaintiffs,
14
            v.
15
     SECRETARY OF THE U.S. DEPARTMENT
16   OF HEALTH AND HUMAN SERVICES,
     Commissioner of Social Security,
17
                   Defendant.
18

19          On January 22, 2013, the court entered its Order on the parties' Cross-Motions for Summary

20   Judgment and Remanded the Case.  Therefore,

21          IT IS HEREBY ORDERED that the case is remanded for further proceedings to 42 U.S.C. §

22   405(g) and in accordance with the Order on Cross-Motions for Summary Judgment Remanding Case.

23

24   DATED:    January 23, 2013

25                                               RONALD M. WHYTE
                                                 United States District Judge
26

27

28

JUDGMENT REMANDING CASE
07-03564 RMW